## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| KELLIE CARDER, et al. individually, and on behalf of all others similarly situated,<br><br>               Plaintiff,<br><br>      v.<br><br>GRACO CHILDREN'S PRODUCTS, INC. and NEWELL BRANDS DTC, INC.,<br><br><br>              Defendants. | Civil Action File No.:<br><br>2:20-CV-00137-LMM |
| JENNIFER MURPHY, individually, and on behalf of all others similarly situated,<br><br>               Plaintiff,<br><br>      v.<br><br><br>GRACO CHILDREN'S PRODUCTS, INC. and NEWELL BRANDS DTC, INC.,<br><br>              Defendants. | Civil Action File No.:<br><br>1:20-cv-03030-LMM |
| ELIZABETH DAVIS-BERG, individually, and on behalf of all others similarly situated,<br><br>               Plaintiff,<br><br>      v.<br><br><br>GRACO CHILDREN'S PRODUCTS, INC. and NEWELL BRANDS DTC, INC.,<br><br>              Defendants. | Civil Action File No.:<br><br>1:20-cv-03095-LMM |

| | |
|---|---|
| REJENNA CHAVEZ, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GRACO CHILDREN'S PRODUCTS, INC. and NEWELL BRANDS DTC, INC.,<br><br>Defendants. | Civil Action File No.:<br>1:20-cv-03302-LMM |
| CHERYL VARLARO, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GRACO CHILDREN'S PRODUCTS, INC. and NEWELL BRANDS DTC, INC.,<br><br>Defendants. | Civil Action File No.:<br>1:20-cv-03482-LMM |

## MOTION FOR CONSOLIDATION OF RELATED ACTIONS

COME NOW, Plaintiffs in the above-styled actions, *Kellie Carder v. Graco Children's Products, Inc. and Newell Brands DTC, Inc.,* Civil Action No. 2:20-cv-00137-LMM ("*Carder*"), *Jennifer Murphy v. Graco Children's Products, Inc. and Newell Brands DTC, Inc.,* Civil Action No. 1:20-cv-03030-

LMM ("*Murphy*"), *Elizabeth Davis-Berg v. Graco Children's Products, Inc. and Newell Brands DTC, Inc.,* Civil Action No. 1:20-cv-03095-LMM ("*Davis-Berg*"), *Rejenna Chavez v. Graco Children's Products, Inc. and Newell Brands DTC, Inc.,* Civil Action No. 1:20-cv-03302-LMM ("*Chavez*") and *Cheryl Varlaro v. Graco Children's Products, Inc. and Newell Brands DTC, Inc.,* Civil Action No. 1:20-cv-03482-LMM ("Varlaro") (also referred to as the "Actions") hereby jointly move the Court under Fed. R. Civ. P. 42(a)(2) to consolidate the above captioned cases currently pending in this Court.

Plaintiffs move for consolidation of pre-trial proceedings and trial, incorporating by reference their Memorandum of Law in Support of this Motion that is filed contemporaneously with this pleading.

WHEREFORE, Plaintiffs request this Court consolidate these actions as provided in Rule 42(a) of the Federal Rules of Civil Procedure.

DATED:  August 27, 2020                    Respectfully submitted,

*s/ David J. Worley*
David J. Worley
Georgia Bar No. 776665
James M. Evangelista
Georgia Bar No. 707807
**EVANGELISTA WORLEY, LLC**
500 Sugar Mill Road
Suite 245A
Atlanta, GA 30350

Tel: (404) 205-8400
david@ewlawllc.com
jim@ewlawllc.com

*Proposed Interim Liaison Counsel*

**KANTROWITZ, GOLDHAMER &
GRAIFMAN, P.C.**
Melissa R. Emert (admitted *pro hac vice*)
memert@kgglaw.com
Gary S. Graifman *(admitted pro hac vice)*
ggraifman@kgglaw.com
747 Chestnut Ridge Road
Chestnut Ridge, New York 10977
Telephone: (845) 356-2570
Facsimile: (845) 356-4335

*Co-Counsel for Plaintiff Jennifer Murphy*

**CASEY GERRY SCHENK
FRANCAVILLA BLATT & PENFIELD,
LLP**
Gayle M. Blatt (admitted *pro hac vice*)
gmb@cglaw.com
P. Camille Guerra (admitted *pro hac vice*)
camille@cglaw.com
James M. Davis (*PHV application
forthcoming*)
jdavis@cglaw.com
110 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-1811
Facsimile: (619) 544-9232

*Co-Counsel for Plaintiff Jennifer Murphy*

4

**MASON LIETZ & KLINGER LLP**
Gary E. Mason (*pro hac vice*)
5101 Wisconsin Avenue NW, Suite 305
Washington, D.C. 20016
Tel: (202) 429-2290
Fax: (202) 42902294
gmason@masonllp.com

*Co-Counsel for Plaintiff Jennifer Murphy*

**GREG COLEMAN LAW PC**
Rachel L. Soffin
Gregory F. Coleman
Jonathan B. Cohen
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Telephone: (865) 247-0080
Facsimile: (865) 522-0049
rachel@gregcolemanlaw.com
greg@gregcolemanlaw.com
jonathan@gregcolemanlaw.com

*Co-Counsel for Plaintiff Kellie Carder*

**WHITFIELD BRYSON LLP**
Daniel K. Bryson
Martha A. Geer
Patrick M. Wallace
Harper Segui
900 W. Morgan Street
Raleigh, NC 27603
T:  919-600-5000
F:  919-600-5035
dan@whitfieldbryson.com
martha@whitfieldbryson.com
pat@whitfieldbryson.com
harper@whitfieldbryson.com

5

*Co-Counsel for Plaintiff Kellie Carder*

**ROBINS KAPLAN LLP**
Aaron Sheanin (PHV application
forthcoming)
2440 W El Camino Real, Suite 100
Mountain View, CA 94040
Telephone: (650) 784-4040
Facsimile: (650) 784-4041
asheanin@robinskaplan.com

*Counsel for Plaintiff Rejenna Chavez*

**ROBINS KAPLAN LLP**
Stacey P. Slaughter (*PHV application
forthcoming*)
Michael Pacelli (*PHV application
forthcoming*)
Austin Hurt (*PHV application forthcoming*)
800 LaSalle Ave., Suite 2800
Minneapolis, Minnesota 55409
Telephone: (612) 349-8500
Facsimile: (612) 339-4181
sslaughter@robinskaplan.com
mpacelli@robinskaplan.com
ahurt@robinskaplan.com

*Counsel for Plaintiff Rejenna Chavez*

**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
Mark P. Chalos (*PHV application
forthcoming*)
222 2nd Avenue South, Suite 1640
Nashville, Tennessee 37201
Telephone: (615) 313-9000
Facsimile: (615) 313-9965
mchalos@lchb.com

6

*Counsel for Plaintiff Cheryl Varlaro*

Matthew M Guiney (*pro hac vice application forthcoming*)
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
270 Madison Ave.
New York, NY 10016
Telephone: (212) 545-4600
guiney@whafh.com

*Counsel for Plaintiff Elizabeth Davis-Berg*

Carl V. Malmstrom (*pro hac vice application forthcoming*)
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**
111 W. Jackson Blvd., Suite 1700
Chicago, IL 60604
Telephone: (312) 984-0000
malmstrom@whafh.com

*Counsel for Plaintiff Elizabeth Davis-Berg*

## <u>CERTIFICATE OF COMPLIANCE</u>

This MOTION FOR CONSOLIDATION OF RELATED ACTIONS complies with Local Rule 5.1 and was prepared using a 14-point Times New Roman font.

Dated:  August 27, 2020                         <u>*s/ David J. Worley*</u>
                                                David J. Worley
                                                Georgia Bar No. 776665

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day I served the above and foregoing MOTION

FOR CONSOLIDATION OF RELATED ACTIONS on all parties by causing a true

and correct copy to be filed with the court's electronic filing system, which should

automatically send a copy to all counsel of record.

Dated:  August 27, 2020

*s/ David J. Worley*
David J. Worley
Georgia Bar No. 776665

*Proposed Interim Liaison Counsel*
