UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **KELLIE CARDER, ET AL.,** )  | |
| Plaintiff ) | 2:20-CV-00137 |
| v. ) | |
| **GRACO CHILDREN'S** ) | |
| **PRODUCTS, INC., ET AL.,** ) | |
| Defendant ) | |
| ) | |

## STIPULATION OF VOLUNTARY
## DISMISSAL WITHOUT PREJUDICE

All parties who have appeared stipulate and agree, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, to the voluntary dismissal without prejudice of Plaintiffs' claims against Newell Brands DTC, Inc. The parties further stipulate and agree that this dismissal shall not operate as an adjudication on the merits.

DATED: December 14, 2020     Respectfully Submitted,

                                       /s/ *David J. Worley*
                                       David J. Worley
                                       EVANGELISTA WORLEY, LLC
                                       500 Sugar Mill Road
                                       Suite 245A
                                       Atlanta, Georgia 30350
                                       Telephone: (404) 205-8400
                                       david@ewlawllc.com

                                       *Liaison Counsel for Plaintiffs*

Melissa R. Emert (*pro hac vice*)
KANTROWITZ, GOLDHAMER &
AIFMAN, P.C.
747 Chestnut Ridge Road
Chestnut Ridge, New York 10977
Telephone: (845) 356-2570
memert@kgglaw.com

Martha A. Geer (*pro hac vice*)
WHITFIELD BRYSON LLP
900 W. Morgan Street
Raleigh, North Carolina 27603
Telephone: (919) 600-5000
martha@whitfieldbryson.com

*Interim Plaintiffs' Co-Lead Counsel*

Joseph J. Krasovec, III
SCHIFF HARDIN, LLP
233 South Wacker Drive
Suite 600
Chicago, Illinois 60606
Telephone: (312) 258-5500
jkrasovec@schiffhardin.com

Nicholas Peter Panayotopoulos
WEINBERG WHEELER HUDGINS
GUNN & DIAL, LLC
3344 Peachtree Road, NE
Suite 2400
Atlanta, Georgia 30326
Telephone: (404) 876-2700
npanayo@wwhgd.com

*Counsel for Graco Children's Products, Inc. and Newell Brands DTC, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this date the foregoing STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE was electronically filed with the Clerk using the CM/ECF system, which will send a notice of electronic filing to all registered users of the CM/ECF system.

Dated:  December 14, 2020               By:   /s/ *David J. Worley*
                                              David J. Worley

                                              *Liaison Counsel for Plaintiffs*