IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| KELLIE CARDER, et al.,<br><br>　　Plaintiffs,<br><br>v.<br><br>GRACO CHILDREN'S PRODUCTS, INC.,<br><br>　　Defendant. | CIVIL ACTION FILE<br>NO. 2:20-cv-00137-LMM |

**DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT UNDER FED. R. CIV. P. 12(b)(1) AND 12(b)(6)**

Defendant Graco Children's Products, Inc. ("Defendant") files this Motion to Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) and this Court's October 9, 2020 Order [Dkt. 53]. All of Plaintiffs' claims should be dismissed because they lack standing, and because Plaintiffs also fail to state a claim for relief against Defendant. In support of this Motion, Defendant submits its accompanying Memorandum of Points and Authorities in Support of Graco Children's Products, Inc.'s Motion to Dismiss Plaintiffs' Complaint Under Fed. R. Civ. P. 12(b)(1) and 12(b)(6). For the reasons stated in the Memorandum, Defendant respectfully requests the Court grant the requested relief and all other relief this Court deems just and proper.

Respectfully submitted this 25th day of January, 2021.

/s/ Nick Panayotopoulos
Nicholas P. Panayotopoulos
Georgia Bar No. 560679
Jennifer A. Adler
Georgia Bar No. 585635
Weinberg, Wheeler, Hudgins, Gunn
& Dial, LLC
3344 Peachtree Road, NE, Suite 2400
Atlanta, Georgia 30326
Tel: (404) 876-2700
Fax: (404) 875-9433
npanayo@wwhgd.com
jadler@wwhgd.com

Joseph J. Krasovec III (*pro hac vice*)
David C. Scott (*pro hac vice*)
Schiff Hardin LLP
233 South Wacker Drive, Suite 7100
Chicago, Illinois 60606
Tel: (312) 258-5500
Fax: (312) 258-5600
jkrasovec@schiffhardin.com
dscott@schiffhardin.com

*Attorneys for Graco Children's Products, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this date the foregoing document was electronically filed with the Clerk using the CM/ECF system, which will automatically send a notice of electronic filing to all parties of record.

*/s/ Nick Panayotopoulos*
Nicholas P. Panayotopoulos
Georgia Bar No. 560679
