UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KELLIE CARDER, *et al.*, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>GRACO CHILDREN'S PRODUCTS, INC.,<br><br>        Defendant. | Civil Action No. 2:20-cv-00137-LMM |

## PLAINTIFFS' REQUEST FOR ORAL ARGUMENT

Plaintiffs respectfully request that the Court allow oral argument on Defendant's Motion to Dismiss Plaintiffs' Consolidated Amended Complaint. Plaintiffs believe that oral argument will be beneficial to the Court for two reasons.

First, Defendant's Motion to Dismiss relies heavily on its argument that Plaintiffs lack standing. That issue requires application of a recent decision of the Eleventh Circuit, *Debernardis v. IQ Formulations*, LLC, 942 F.3d 1076

(11th Cir. 2019), which has not yet been the subject of extensive discussion by other courts.

Second, the Motion to Dismiss and Plaintiffs' responsive brief address complex issues involving Georgia choice of law principles, the statutory law of 15 states, and proper application of federal regulations as related to state law. For these reasons, Plaintiffs believe that the Court may find oral argument helpful in ruling on Defendant's Motion to Dismiss.  Defendant does not join in this request for oral argument.

Dated: June 4, 2021    Respectfully submitted,

/s/ *Martha A. Geer*

**WHITFIELD BRYSON LLP**
Martha A. Geer (*pro hac vice*)
Patrick M. Wallace (*pro hac vice*)
Harper Segui
Georgia Bar No. 096540
900 W. Morgan Street
Raleigh, NC 27603
T: 919-600-5000
F: 919-600-5035
martha@whitfieldbryson.com
pat@whitfieldbryson.com
harper@whitfieldbryson.com

/s/ *MelissaR. Emert*

**KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.**
Melissa R. Emert (*pro hac vice*)
Gary S. Graifman (*pro hac vice*)

747 Chestnut Ridge Road
Chestnut Ridge, New York 10977
Telephone: (845) 356-2570
Facsimile: (845) 356-4335
memert@kgglaw.com
ggraifman@kgglaw.com

*Interim Co-Lead Class Counsel*

**EVANGELISTA WORLEY, LLC**
David J. Worley
Georgia Bar No. 776665
James M. Evangelista
Georgia Bar No. 707807
500 Sugar Mill Road
Suite 245A
Atlanta, GA 30350
Telephone: (404) 205-8400
david@ewlawllc.com

**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP**
Gayle M. Blatt (*pro hac vice*)
P. Camille Guerra (*pro hac vice*)
James M. Davis (PHV application forthcoming)
110 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-1811
Facsimile: (619) 544-9232
gmb@cglaw.com
camille@cglaw.com
jdavis@cglaw.com

**MASON LIETZ & KLINGER LLP**
Gary E. Mason (*pro hac vice*)

3

5101 Wisconsin Avenue NW Suite 305
Washington, D.C. 20016
Tel: (202) 429-2290
Fax: (202) 42902294
gmason@masonllp.com

**GREG COLEMAN LAW PC**
Rachel L. Soffin
Gregory F. Coleman (*pro hac vice*)
Jonathan B. Cohen (*pro hac vice*)
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Telephone: (865) 247-0080
Facsimile: (865) 522-0049
rachel@gregcolemanlaw.com
greg@gregcolemanlaw.com
jonathan@gregcolemanlaw.com


**ROBINS KAPLAN LLP**
Aaron M. Sheanin (*pro hac vi*ce)
46 Shattuck Square
Suite 22
Berkeley, CA 94704
Telephone: (650) 784-4040
Facsimile: (650) 784-4041
asheanin@robinskaplan.com

**ROBINS KAPLAN LLP**
Stacey P. Slaughter (*pro hac vice*)
Michael Pacelli (*pro hac vice*) Austin Hurt (*pro hac vice*)
800 LaSalle Ave.
Suite 2800
Minneapolis, MN 55402

4

Telephone: (612) 349-8500
Facsimile: (612) 339-4181
sslaughter@robinskaplan.com
mpacelli@robinskaplan.com
ahurt@robinskaplan.com

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**

Mark P. Chalos (PHV application forthcoming)
222 2nd Avenue
South Suite 1640
Nashville, TN 37201
Telephone: (615) 313-9000
Facsimile: (615) 313-9965
mchalos@lchb.com

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

Matthew M Guiney (*pro hac vice* application forthcoming)
270 Madison Ave.
New York, NY 10016
Telephone: (212) 545-4600
guiney@whafh.com

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**

Carl V. Malmstrom (*pro hac vice*)
111 W. Jackson
Blvd. Suite 1700
Chicago, IL 60604
Telephone: (312) 984-0000
malmstrom@whafh.com

**SHUB LAW FIRM LLC**
Jonathan Shub (*pro hac vice*
5

application forthcoming)
134 Kings Highway E,
2nd Floor, Haddonfield, NJ 08033
Telephone: (856) 772-7200
jshub@shublawyers.com

*Plaintiffs' Counsel*

## **CERTIFICATEOF COMPLIANCE**

I hereby certify that this document was prepared in compliance with Northern District of Georgia Local Rule 5.1C using Century Schoolbook 13-point font.

Dated:  June 4, 2021             By:     /s/ *David J. Worley*
                                         David J. Worley

## CERTIFICATE OF SERVICE

I hereby certify that on this date the foregoing REQUEST FOR ORAL ARGUMENT was electronically filed with the Clerk using the CM/ECF system, which will send a notice of electronic filing to all registered users of the CM/ECF system.

Dated:  June 4, 2021          By:    */s/ David J. Worley*
                                                   David J. Worley

                                                   *Counsel for Plaintiffs*