IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| KELLIE CARDER et al., on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>GRACO CHILDREN'S PRODUCTS, INC.,<br><br>    Defendant. | Case No. 2:20-cv-00137-LMM |

**DEFENDANT'S RESPONSE TO**
**PLAINTIFFS' MOTION FOR ORAL ARGUMENT**

Defendant Graco Children's Products, Inc. ("Graco") respectfully submits this response to Plaintiffs' Motion for Oral Argument (Doc. 72).  Plaintiff has requested oral argument on Graco's pending motion to dismiss.  Graco's position is that, pursuant to the local rules and practice in this Court, motions to dismiss typically are decided on the briefs without oral argument, and the pending motion to dismiss presents no special circumstances warranting a departure from local practice.  Plaintiffs cite the standing question and the nationwide claims, but the parties agreed to, and the Court allowed, additional pages for

each of the briefs in support of and in opposition to the motion to dismiss precisely so that all of these issues could be fully presented to the Court in the written briefing. Accordingly, Graco does not join Plaintiffs' Motion for Oral Argument and instead contends, consistent with local practice, that the motion to dismiss can and should be decided on the briefs.

Of course, if the Court believes oral argument on any particular issues will be helpful, then Graco will present on any such issues about which the Court wishes to hear.

Respectfully submitted this 17th day of June, 2021.

/s/ Nick Panayotopoulos
Nicholas P. Panayotopoulos
Georgia Bar No. 560679
Jennifer A. Adler
Georgia Bar No. 585635
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
3344 Peachtree Road, NE, Suite 2400
Atlanta, Georgia 30326
Tel: (404) 876-2700
Fax: (404) 875-9433
npanayo@wwhgd.com
jadler@wwhgd.com

Joseph J. Krasovec III (*pro hac vice*)
David C. Scott (*pro hac vice*)
Schiff Hardin LLP
233 South Wacker Drive, Suite 7100
Chicago, Illinois 60606

Tel: (312) 258-5500
Fax: (312) 258-5600
jkrasovec@schiffhardin.com
dscott@schiffhardin.com

*Attorneys for Graco Children's Products, Inc.*

## Certificate of Service

I HEREBY CERTIFY that a true and correct copy of the foregoing document was served on all parties of record who have appeared in this matter by CM/ECF Notice of Electronic Filing and to all parties who have not made an appearance in this matter via email.

Date: June 17, 2021

*/s/ Nick Panayotopoulos*
Nicholas P. Panayotopoulos
Georgia Bar No. 560679