# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

## 2:20-cv-00137-LMM
## Carder v. Graco Children's Products, Inc. et al
## Honorable Leigh Martin May

Minute Sheet for proceedings held In Open Court on 07/29/2021.

TIME COURT COMMENCED: 9:59 A.M.
TIME COURT CONCLUDED: 11:07 A.M.
TIME IN COURT: 1:08
OFFICE LOCATION: Atlanta

COURT REPORTER: David Ritchie
CSO/DUSM: 1 CSO
DEPUTY CLERK: Brittany Poley

ATTORNEY(S) PRESENT:
Melissa Emert representing Cheryl Varlaro
Melissa Emert representing Elizabeth Davis-Berg
Melissa Emert representing Emilio Pensado, Jr.
Melissa Emert representing Jennifer Murphy
Melissa Emert representing Kellie Carder
Melissa Emert representing Leticia Rivera
Melissa Emert representing Lisa Francoforte
Melissa Emert representing Rejenna Chavez
Melissa Emert representing Shannon Hager
Melissa Emert representing Silvia Tehomilic
Martha Geer representing Cheryl Varlaro
Martha Geer representing Elizabeth Davis-Berg
Martha Geer representing Emilio Pensado, Jr.
Martha Geer representing Jennifer Murphy
Martha Geer representing Kellie Carder
Martha Geer representing Leticia Rivera
Martha Geer representing Lisa Francoforte
Martha Geer representing Rejenna Chavez
Martha Geer representing Shannon Hager
Martha Geer representing Silvia Tehomilic
Nicholas Panayotopoulos representing Graco Children's Products, Inc.
Nicholas Panayotopoulos representing Newell Brands DTC, Inc.
David Scott representing Graco Children's Products, Inc.
David Scott representing Newell Brands DTC, Inc.
David Worley representing Cheryl Varlaro
David Worley representing Elizabeth Davis-Berg
David Worley representing Emilio Pensado, Jr.
David Worley representing Jennifer Murphy
David Worley representing Kellie Carder

David Worley representing Leticia Rivera
David Worley representing Lisa Francoforte
David Worley representing Rejenna Chavez
David Worley representing Shannon Hager
David Worley representing Silvia Tehomilic

| | |
|---|---|
| PROCEEDING CATEGORY: | Motion Hearing (Motion Hearing Non-evidentiary) |
| MOTIONS RULED ON: | [67] Motion to Dismiss TAKEN UNDER ADVISEMENT |
| MINUTE TEXT: | Oral argument was held on Defendant's Motion to Dismiss [67]. The Court heard from Plaintiffs' and Defendant's counsel. The motion was taken under advisement. A written order will follow. |
| HEARING STATUS: | Hearing Concluded |