UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KELLIE CARDER, *et al.*, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>GRACO CHILDREN'S PRODUCTS, INC.,<br><br>　　　　　　Defendant. | Civil Action No. 2:20-cv-00137-LMM |

MOTION FOR RECONSIDERATION

Pursuant to Local Rule 7.2(E), Plaintiffs respectfully seek reconsideration of the dismissal of their claims under the Georgia Fair Business Practices Act, Ga. Code Ann. § 10-1-390, *et. seq.* ("GFBPA"), Dkt. No. 85 p. 53. In support of this motion, Plaintiffs show:

　　1.　This Court dismissed with prejudice Plaintiffs' claims under the GFBPA for lack of the mandatory pre-suit notification.

　　2.　Plaintiffs recently realized that although Georgia Plaintiff Kellie Carder had not provided the necessary pre-suit notification, Georgia Plaintiff Rejenna Chavez had provided 30-days' notice to Graco Children's Products, Inc. prior to asserting a claim under the GFBPA.

3. Because Ms. Chavez and the Georgia Subclass in fact have viable claims under the GFBPA, Plaintiffs respectfully contend that reconsideration is needed to prevent manifest injustice.

4. Plaintiffs therefore request that the Court grant reconsideration and order that Graco's motion to dismiss the claims under the GFBPA be allowed without prejudice and that Plaintiffs be granted leave to amend to add the allegations showing timely notice under the GFBPA.

Dated: September 21, 2021

Respectfully submitted,

s/ *Martha A. Geer*

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
Martha A. Geer (*pro hac vice*)
Patrick M. Wallace (*pro hac vice*)
Harper Segui
Georgia Bar No. 096540
900 W. Morgan Street
Raleigh, NC 27603
T: 919-600-5000
F: 919-600-5035
mgeer@milberg.com
pwallace@milberg.com
hsegui@milberg.com

Rachel L. Soffin
Gregory F. Coleman (*pro hac vice*)
Jonathan B. Cohen (*pro hac vice*)
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Telephone: (865) 247-0080
Facsimile: (865) 522-0049
rsoffin@milberg.com
gcoleman@milberg.com
jcohen@milberg.com

s/ *Melissa R. Emert*

**KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.**
Melissa R. Emert (*pro hac vice*)
Gary S. Graifman (*pro hac vice*)
747 Chestnut Ridge Road
Chestnut Ridge, New York 10977
Telephone: (845) 356-2570
Facsimile: (845) 356-4335
memert@kgglaw.com
ggraifman@kgglaw.com

*Interim Co-Lead Class Counsel*

**EVANGELISTA WORLEY, LLC**
David J. Worley
Georgia Bar No. 776665
James M. Evangelista
Georgia Bar No. 707807
500 Sugar Mill Road
Suite 245A
Atlanta, GA 30350
Telephone: (404) 205-8400
david@ewlawllc.com

**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP**
Gayle M. Blatt (*pro hac vice*)
P. Camille Guerra (*pro hac vice*)
110 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-1811
Facsimile: (619) 544-9232
gmb@cglaw.com
camille@cglaw.com
jdavis@cglaw.com

3

**MASON LIETZ & KLINGER LLP**

Gary E. Mason (*pro hac vic*e)
5101 Wisconsin Avenue NW Suite 305
Washington, D.C. 20016
Tel: (202) 429-2290
Fax: (202) 42902294
gmason@masonllp.com

**ROBINS KAPLAN LLP**

Aaron M. Sheanin (*pro hac vic*e)
46 Shattuck Square
Suite 22
Berkeley, CA 94704
Telephone: (650) 784-4040
Facsimile: (650) 784-4041
asheanin@robinskaplan.com

**ROBINS KAPLAN LLP**

Stacey P. Slaughter (*pro hac vice*)
Michael Pacelli (*pro hac vice*)
Austin Hurt (*pro hac vice*)
800 LaSalle Ave.
Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181
sslaughter@robinskaplan.com
mpacelli@robinskaplan.com
ahurt@robinskaplan.com

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**

Mark P. Chalos (*pro hac vice* application forthcoming)
222 2nd Avenue South
Suite 1640
Nashville, TN 37201
Telephone: (615) 313-9000
Facsimile: (615) 313-9965
mchalos@lchb.com

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
Matthew M Guiney (*pro hac vice* application forthcoming)
270 Madison Ave.
New York, NY 10016
Telephone: (212) 545-4600
guiney@whafh.com

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**
Carl V. Malmstrom (*pro hac vice*)
111 W. Jackson Blvd.
Suite 1700
Chicago, IL 60604
Telephone: (312) 984-0000
malmstrom@whafh.com

**SHUB LAW FIRM LLC**
Jonathan Shub (*pro hac vice* application forthcoming)
134 Kings Highway E,
2nd Floor, Haddonfield, NJ 08033
Telephone: (856) 772-7200
jshub@shublawyers.com

*Plaintiffs' Counsel*

## **CERTIFICATEOF COMPLIANCE**

I hereby certify that this document was prepared in compliance with Northern District of Georgia Local Rule 5.1C using Century Schoolbook 13-point font.


Dated:  September 21, 2021         By:     /s/ *David J. Worley*
                                           David J. Worley

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date the foregoing MOTION FOR RECONSIDERATION was electronically filed with the Clerk using the CM/ECF system, which will send a notice of electronic filing to all registered users of the CM/ECF system.

Dated: September 21, 2021          By:   /s/ *David J. Worley*
                                                David J. Worley

                                                *Counsel for Plaintiffs*