**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| KELLIE CARDER, *et al.*, individually, and on behalf of all others similarly situated,<br>Plaintiff,<br><br>v.<br><br>GRACO CHILDREN'S PRODUCTS, INC.,<br>Defendant. | Civil Action No.:<br>2:20-cv-00137-LMM |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, that pursuant to Fed. R. Civ. P. 41(a)(l)(A)(ii), Plaintiff Julie Clarke hereby dismisses all claims asserted in this litigation, without prejudice. Each party shall bear its own costs, expenses, and fees.

| DATED: January 11, 2024 | Jointly and respectfully Submitted, |
|---|---|
| s/ *Melissa R. Emert*<br>KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.<br>Melissa R. Emert (pro hac vice)<br>Gary S. Graifman (pro hac vice)<br>747 Chestnut Ridge Road<br>Chestnut Ridge, New York 10977<br>Telephone: (845) 356-2570<br>Facsimile: (845) 356-4335<br>memert@kgglaw.com<br>ggraifman@kgglaw.com | s/ *David C. Scott*<br>ARENTFOX SCHIFF LLP<br>Joseph J. Krasovec III (pro hac vice)<br>David C. Scott (pro hac vice)<br>233 South Wacker Drive, Suite 7100<br>Chicago, Illinois 60606<br>Tel: (312) 258-5500<br>Fax: (312) 258-5600<br>joseph.krasovec@afslaw.com<br>david.scott@afslaw.com |

| | |
|---|---|
| MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN<br>Martha A. Geer (pro hac vice)<br>Patrick M. Wallace (pro hac vice)<br>Harper Segui<br>900 W. Morgan Street<br>Raleigh, NC 27603<br>T: 919-600-5000<br>F: 919-600-5035<br>mgeer@milberg.com<br>pat@whitfieldbryson.com<br>hsegui@milberg.com | WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC<br>Nicholas P. Panayotopoulos<br>Georgia Bar No. 560679<br>Jennifer A. Adler<br>Georgia Bar No. 585635<br>3344 Peachtree Road, NE, Suite 2400<br>Atlanta, Georgia 30326<br>Tel: (404) 876-2700<br>Fax: (404) 875-9433<br>npanayo@wwhgd.com<br>jadler@wwhgd.com<br><br>*Counsel for Defendant* |
| MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN<br>Rachel L. Soffin<br>Gregory F. Coleman (pro hac vice)<br>Jonathan B. Cohen (pro hac vice)<br>800 S. Gay Street, Suite 1100<br>Knoxville, TN 37929<br>Telephone: (865) 247-0080<br>Facsimile: (865) 522-0049<br>rsoffin@milberg.com<br>coleman@milberg.com<br>cohen@milberg.com<br><br>*Interim Co-Lead Class Counsel* | |
| EVANGELISTA WORLEY, LLC<br>James M. Evangelista<br>Georgia Bar No. 707807<br>500 Sugar Mill Road<br>Suite 245A<br>Atlanta, GA 30350<br>Telephone: (404) 205-8400<br>david@ewlawllc.com<br>135jim@ewlawllc.com | |

| | |
|---|---|
| CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP<br>Gayle M. Blatt (pro hac vice)<br>P. Camille Guerra (pro hac vice)<br>110 Laurel Street<br>San Diego, CA 92101<br>Telephone: (619) 238-1811<br>Facsimile: (619) 544-9232<br>gmb@cglaw.com<br>camille@cglaw.com | |
| MASON LLP<br>Gary E. Mason (pro hac vice)<br>5101 Wisconsin Avenue NW<br>Suite 305<br>Washington, D.C. 20016<br>Tel: (202) 429-2290<br>Fax: (202) 42902294<br>gmason@masonllp.com | |
| ROBINS KAPLAN LLP<br>Aaron M. Sheanin (pro hac vice)<br>46 Shattuck Square<br>Suite 22<br>Berkeley, CA 94704<br>Telephone: (650) 784-4040<br>Facsimile: (650) 784-4041<br>asheanin@robinskaplan.com | |

| | |
|---|---|
| ROBINS KAPLAN LLP<br>Stacey P. Slaughter (pro hac vice)<br>Michael Pacelli (pro hac vice)<br>Austin Hurt (pro hac vice)<br>800 LaSalle Ave.<br>Suite 2800<br>Minneapolis, MN 55402<br>Telephone: (612) 349-8500<br>Facsimile: (612) 339-4181<br>sslaughter@robinskaplan.com<br>mpacelli@robinskaplan.com<br>ahurt@robinskaplan.com | |
| LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP<br>Mark P. Chalos (pro hac vice)<br>222 2nd Avenue South<br>Suite 1640<br>Nashville, TN 37201<br>Telephone: (615) 313-9000<br>Facsimile: (615) 313-9965<br>mchalos@lchb.com | |
| WOLF HALDENSTEIN ADLER<br>FREEMAN & HERZ LLP<br>Matthew M Guiney (pro hac vice)<br>270 Madison Ave.<br>New York, NY 10016<br>Telephone: (212) 545-4600<br>guiney@whafh.com | |
| WOLF HALDENSTEIN ADLER<br>FREEMAN & HERZ LLC<br>Carl V. Malmstrom (pro hac vice)<br>111 W. Jackson Blvd.<br>Suite 1700<br>Chicago, IL 60604<br>Telephone: (312) 984-0000<br>malmstrom@whafh.com | |

| | |
|---|---|
| SHUB LAW FIRM LLC<br>Jonathan Shub (pro hac vice)<br>134 Kings Highway E,<br>2nd Floor,<br>Haddonfield, NJ 08033<br>Telephone: (856) 772-7200<br>jshub@shublawyers.com<br><br>*Counsel for Plaintiff* | |

**CERTIFICATE OF COMPLIANCE**

I hereby certify that this document was prepared in compliance with Northern District of Georgia Local Rule 5.1C using Times New Roman 14-point font.

Dated: January 11, 2024 By: /s/ *Melissa R. Emert*
Melissa R. Emert

**CERTIFICATE OF SERVICE**

I hereby certify that on this date the foregoing STIPULATION OF DISMISSAL WITHOUT PREJUDICE was electronically filed with the Clerk using the CM/ECF system, which will send a notice of electronic filing to all registered users of the CM/ECF system.

Dated: January 11, 2024

By: /s/ *Melissa R. Emert*
Melissa R. Emert