# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| KELLIE CARDER et al., on behalf of themselves and all others similarly situated,<br><br>　　　Plaintiffs,<br><br>v.<br><br>GRACO CHILDREN'S PRODUCTS INC.,<br><br>　　　Defendant. | CIVIL ACTION FILE<br>NO. 2:20-cv-00137-LMM |

## AMENDED SCHEDULING ORDER

The Court orders that the time limits for expert discovery and briefing of class certification and summary judgment are as follows:

| Event | Deadline |
|---|---|
| Opening Expert Reports<br><br>[issues on which party bears burden of proof] | August 9, 2024 |
| Responsive Expert Reports<br><br>[issues on which party does not bear burden of proof] | September 24, 2024 |
| Close of Expert Discovery | October 29, 2024 |

| Event | Deadline |
| --- | --- |
| Motions for Class Certification, Motions for Summary Judgment, and Daubert Motions Opening Briefs | December 3, 2024 |
| Class Certification, Summary Judgment, and Daubert Motions Responsive Briefs | January 2, 2025 |
| Class Certification, Summary Judgment, and Daubert Motions Reply Briefs | January 16, 2025 |
| Hearing on Class Certification, Summary Judgment, and Daubert Motions | To be scheduled at convenience of the Court, if necessary |
| Exchange Intended Trial Witnesses and Intended Trial Exhibits | 45 days after last decision on all motions for summary judgment and class certification |
| Exchange Objections to Intended Trial Witnesses and Intended Trial Exhibits | 75 days after last decision on all motions for summary judgment and class certification |
| Joint Final Pretrial Order (including witness list and intended trial exhibits) | 105 days after last decision on all motions for summary judgment and class certification |
| Motions in Limine | 30 days before pre-trial conference |

| Event | Deadline |
|---|---|
| Motions in Limine responses | 15 days before pre-trial conference |
| Deposition Designations and Jury Instructions | The Court will set these deadlines at the pre-trial conference. |
| Final pre-trial conference | To be scheduled at convenience of the Court |
| Trial | To be scheduled at convenience of the Court |

IT IS SO ORDERED, this  24th  day of _____ May _____, 2024.

_____
LEIGH MARTIN MAY, JUDGE
UNITED STATES DISTRICT COURT