UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| KELLIE CARDER et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GRACO CHILDREN'S PRODUCTS, INC.,<br><br>Defendant. | CIVIL ACTION FILE<br>No. 2:20-cv-00137-LMM |

### PLAINTIFFS' MOTION TO EXCLUDE AND DAUBERT MOTION

Plaintiffs move this Court, pursuant to Federal Rules of Evidence 403 and 702, to exclude the findings and conclusion of Defendant's expert Dr. Mark Sochor and testimony about the same, and the opinions of Defendant's expert Dr. Stephanie Plancich regarding supply side factors in conjoint analyses as irrelevant. Plaintiffs further move to exclude pursuant to Federal Rules of Evidence 702 and *Daubert v. Merrel Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), the expert report and testimony of Dr. Stephanie Plancich related to Plaintiffs' expert Mr. Steven Gaskin's report, as Dr. Plancich is unqualified to render opinions and testimony regarding Plaintiffs' conjoint analysis and damages model. In support, Plaintiffs rely upon their Memorandum of Law in Support of this Motion and

1

Exhibits and such other and further material as the Court may request and consider, including oral argument of counsel.

| | |
|---|---|
| Dated: January 17, 2025 | Respectfully Submitted,<br><br>*/s/ Martha A. Geer*<br>**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**<br>Martha A. Geer (pro hac vice)<br>Katharine R. Batchelor (pro hac vice)<br>900 West Morgan Street<br>Raleigh, North Carolina 27603<br>Tel.: 919-600-5000<br>mgeer@milberg.com<br>kbatchelor@milberg.com<br><br>**KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.**<br>Melissa R. Emert (pro hac vice)<br>Gary S. Graifman (pro hac vice)<br>747 Chestnut Ridge Road<br>Chestnut Ridge, New York 10977<br>Tel.: 845-356-2570<br>memert@kgglaw.com<br>ggraifman@kgglaw.com<br><br>**EVANGELISTA WORLEY, LLC**<br>*/s/ James M. Evangelista*<br>James M. Evangelista<br>Georgia Bar No. 707807<br>10 Glenlake Parkway<br>South Tower, Suite 130<br>Atlanta, Georgia 30328<br>Tel.: 404-205-8400<br>Jim@ewlawllc.com<br><br>**Attorneys for Plaintiffs and the Proposed Class** |

## CERTIFICATE OF COMPLIANCE

I hereby certify, in compliance with Local Rule 5.1(C), that the foregoing has been prepared using 14 point Times New Roman font.

Dated:      January 17, 2025           By: */s/ James Evangelista*
                                            James Evangelista

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which automatically sends email notification of filing to any attorneys of record.

Dated:      January 17, 2025           By: */s/ James Evangelista*
                                            James Evangelista