**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| KELLIE CARDER, et al. individually, and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>GRACO CHILDREN'S PRODUCTS, INC.,<br><br>        Defendant. | Civil Action File No.:<br><br>2:20-CV-00137-LMM |

**GRACO'S MOTION TO EXCLUDE TESTIMONY**
**AND EXPERT REPORT OF LARRY SICHER**

Defendant Graco Children's Products, Inc. respectfully moves for the entry of an order excluding the opinions and proffered testimony of Plaintiffs' mechanical engineering expert, Larry Sicher, pursuant to Federal Rules of Evidence 403 and 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993).

In support of this motion, Graco submits the accompanying Memorandum of Law and Declaration of Mir Y. Ali with supporting exhibits.

Dated: January 17, 2025          */s/ Joseph J. Krasovec, III*

                                 ARENTFOX SCHIFF LLP
                                 Joseph J. Krasovec, III (pro hac vice)

Mir Y. Ali (pro hac vice)
Jeffrey Skinner (pro hac vice)
J. Maxwell Heckendorn (pro hac vice)
233 S. Wacker Drive, Suite 7100
Chicago, Illinois 60606
Telephone: (312) 258-5500
joseph.krasovec@afslaw.com
mir.ali@afslaw.com
jeffrey.skinner@afslaw.com
max.heckendorn@afslaw.com

WEINBERG, WHEELER,
HUDGINS, GUNN & DIAL, LLC
Nicholas P. Panayotopoulos
Georgia Bar No. 560679
Jennifer A. Adler
Georgia Bar No. 585635
3344 Peachtree Road, NE, Suite 2400
Atlanta, Georgia 30326
Tel:  (404) 876-2700
Fax: (404) 875-9433
npanayo@wwhgd.com
jadler@wwhgd.com

*Counsel for Defendant Graco Children's
Products, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2025, I filed on the CM/ECF system the foregoing, and thereby served such filing via the Court's ECF Notification system to all attorneys of record in this matter.

/s/ J. Maxwell Heckendorn
J. Maxwell Heckendorn
One of Graco's Attorneys