IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| KELLIE CARDER, et al., *individually and on behalf of all other similarly situated* | :<br>:<br>:<br>: |
| Plaintiffs, | :<br>: |
| v. | :    CIVIL ACTION NO.<br>:    2:20-cv-00137-LMM |
| GRACO CHILDREN'S PRODUCTS, INC., | :<br>:<br>:<br>: |
| Defendant. | : |

## **ORDER**

On January 31, 2025, the Court granted Plaintiff's counsel's motion to withdraw from representation of Plaintiff Kellie Carder and ordered Ms. Carder to advise the Court whether she planned to proceed pro se (without a lawyer) or to obtain other legal counsel. Dkt. No. [197]. The Court cautioned Ms. Carder that if she decided to proceed without an attorney, she would be terminated as a class representative, since non-attorneys are permitted to pursue only their own claims pro se and may not represent others. Id. at 2.

The deadline passed without any response from Ms. Carder, and no attorney has filed a notice of appearance on her behalf. Accordingly, Ms. Carder

is hereby **TERMINATED** as a class representative. The Clerk is **DIRECTED** to amend the case style accordingly.[1]

**IT IS SO ORDERED** this 26th day of March, 2025.

_____
**Leigh Martin May**
**United States District Judge**

---

[1] This Order shall have no effect on Ms. Carder's rights as a member of the putative class.