**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| LISA FRANCOFORTE, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GRACO CHILDREN'S PRODUCTS, INC.,<br><br>Defendant. | CIVIL ACTION NO. 2:20-cv-00137-LMM |

**NOTICE OF ERRATA TO DEFENDANT GRACO CHILDREN'S PRODUCTS, INC.'S PROPOSED LONG-FORM CLASS NOTICE**

Defendant Graco Children's Products, Inc. ("Graco") hereby submits this notice of errata regarding Graco's proposed long-form class notice submitted as Exhibit B to the parties' Joint Submission Regarding Class Notice and Notice Plan. ECF No. 272. Graco's proposal contained typographical errors whereby the start date of each of the three class periods was off by one year. The proposal listed the start date for the Alabama and Florida class periods as December 11, 201<u>7</u>, when in fact it should be December 11, 201<u>6</u>. Similarly, the proposal listed the start date for the New York class period as June 22, 201<u>8</u>, when in fact it should be June 22, 201<u>7</u>. A corrected proposed long-form class notice, with the correct commencement date for each class period, is attached hereto as Exhibit 1. Graco respectfully requests that

the Court refer to the corrected proposal in considering the parties' competing proposals for the long-form class notice.

Respectfully submitted,

**ARENTFOX SCHIFF LLP**

/s/ *J. Maxwell Heckendorn*
Joseph J. Krasovec, III (pro hac vice)
Mir Y. Ali (pro hac vice)
Jeffrey D. Skinner (pro hac vice)
J. Maxwell Heckendorn (pro hac vice)
233 S. Wacker Drive, Suite 7100
Chicago, Illinois 60606
Telephone: (312) 258-5500
joseph.krasovec@afslaw.com
mir.ali@afslaw.com
jeffrey.skinner@afslaw.com
max.heckendorn@afslaw.com

**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**
Nicholas P. Panayotopoulos
Georgia Bar No. 560679
Jennifer A. Adler
Georgia Bar No. 585635
3344 Peachtree Road, NE, Suite 2400
Atlanta, Georgia 30326
Tel: (404) 876-2700
Fax: (404) 875-9433
npanayo@wwhgd.com
jadler@wwhgd.com

*Counsel for Defendant Graco Children's Products, Inc.*

Dated: October 14, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which automatically sends e-mail notification of filing to any attorneys of record.

Dated: October 14, 2026 /s/ *J. Maxwell Heckendorn*
J. Maxwell Heckendorn